JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IRWIN JACOBOWITZ, et al.,
          Plaintiffs,

                          v.

VOLUNTEERS OF AMERICA
(VOA), et al.,
          Defendants.

2:24-cv-3402-DSF-KSx

JUDGMENT

    The Court having granted Defendants' motion for summary judgment as to Plaintiffs' 42 U.S.C. § 1983 claim, and having dismissed Plaintiffs' state law claims without prejudice to being refiled in state court,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  May 23, 2025

_____
The Honorable Dale S. Fischer
United States District Judge